IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| CURTIS TYRONE MITCHELL, | : |
| Plaintiff | : |
| VS. | : |
| | :  1 : 04-CV-106 (WLS) |
| DR. SPAIN, | : |
| Defendant. | : |

**ORDER**

Plaintiff has requested an extension of time in which to respond to the defendant's Motion for Summary Judgment, which was filed on June 28, 2005. The deadline for plaintiff's response to said motion was July 25, 2005. In his motion for extension, the plaintiff contends that he has been transferred and no longer has a copy of the summary judgment motion. He seeks an additional twenty (20) days after his receipt of the motion in which to respond thereto.

In light of the leniency afforded *pro se* prisoner plaintiffs, the court will grant the plaintiff's Motion for Extension and thereby extend the plaintiff's response time. The plaintiff shall respond to the defendant's Motion for Summary Judgment no later than **November 7, 2005.**

Plaintiff's Motion for Appointment of Counsel is **DENIED** at this time. Thus far, the plaintiff has clearly set forth his claims and it appears that the essential facts and legal doctrines in this case are ascertainable by the plaintiff without the assistance of court-appointed legal counsel. The existence of exceptional circumstances has not been shown by the plaintiff. The court on its own motion will consider assisting plaintiff in securing legal counsel <u>if</u> <u>and</u> <u>when</u> it becomes apparent that legal assistance is required in order to avoid prejudice to his rights.

**SO ORDERED**, this 3rd day of October, 2005.

                                             */s/ Richard L. Hodge*
                                             RICHARD L. HODGE
                                             UNITED STATES MAGISTRATE JUDGE